ion. Judgment (74 Misc. Rep. 610, 134 N. Y. Supp. 722) unanimously affirmed, with costs, on the opinion of Van Kirk, J.

---

PEOPLE, Appellant, v. SANTA CLARA LUMBER CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Proceeding by the People of the State of New York against the Santa Clara Lumber Company and others. No opinion. Judgment (74 Misc. Rep. 596, 134 N. Y. Supp. 509) and order unanimously affirmed, with costs, on the opinion of Van Kirk, J.

---

PEOPLE, Respondent, v. SHIRK, Appellant. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) Proceeding by the People of the State of New York against Harry Shirk. No opinion. Judgment of the County Court of Kings county, which affirmed the conviction in the Magistrate's Court, is reversed, and the conviction by the magistrate is reversed, on the ground that such conviction was against the weight of the evidence, and the defendant is discharged.

---

PEOPLE, Respondent, v. SORRENTINO, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Proceeding by the People of the State of New York against Tony Sorrentino. No opinion. Motion granted. See, also, 144 N. Y. Supp. 1137.

---

PEOPLE, Respondent, v. SULKIN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Proceeding by the People of the State of New York against Harry Sulkin and another. No opinion. D. L. Podell, of New York City, for appellants. G. Z. Medalie, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

---

PEOPLE, Respondent, v. SULZBERGER & SONS CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) Proceeding by the People of the State of New York against the Sulzberger & Sons Company of America, a corporation.
PER CURIAM. Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered, for error at folios 91, 92, and 93 of the record on appeal.
BURR and RICH, JJ., vote to affirm, upon the ground that, though that testimony was incompetent, there was other testimony in the case clearly establishing defendant's guilt.

---

PEOPLE, Respondent, v. TONOLO, Appellant. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Proceed- ing by the People of the State of New York against August Tonolo.
PER CURIAM. Judgment of conviction of the County Court of Putnam county affirmed.
JENKS, P. J., and CARR J., dissent, for error in the instruction by the court at folio 320 of the record on appeal. See, also, 144 N. Y. Supp. 1137.

---

PEOPLE v. TORTI. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Proceeding by the People of the State of New York against Charles Torti. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

---

PEOPLE v. TRIBELHORN. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against Ernest Tribelhorn. No opinion. Time extended to February 10, 1914.

---

PEOPLE, Respondent, v. TYLKOFF, Appellant. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Proceeding by the People of the State of New York against Joseph Tylkoff. No opinion. Judgment affirmed.

---

PEOPLE ex rel. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant, v. FINLEY, State Com'r of Education et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Proceeding by the People of the State of New York, on the relation of the Board of Education of the City of New York, against John H. Finley, as Commissioner of Education of the State of New York, and William H. Maxwell, as City Superintendent of Schools of the City of New York. No opinion. Order settled, by having it recite that the order appealed from is affirmed as a matter of law, and not in the exercise of discretion.

---

PEOPLE ex rel. BORGMAN, Relator, v. WALDO, Respondent. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Proceeding by the People of the State of New York, on the relation of Joseph D. Borgman, against Rhinelander Waldo, as Commissioner, etc. W. E. Murphy, of New York City, for relator. H. Crone, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. GALLAGHER v. WALDO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York, on the relation of Hugh Gallagher, against Rhinelander Waldo, Commissioner, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1138.